# Third District Court of Appeal

## State of Florida

Opinion filed March 1, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-861
Lower Tribunal No. 20-19570
_____

**Hyba General Trading, LLC,**
Appellant,

vs.

**MIA Collection Services, LLC,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Nelson Mullins, Jonathan Etra, and Ryan K. Todd; Nelson Mullins, and Beverly A. Pohl (Ft. Lauderdale), for appellant.

The Ferraro Law Firm, P.A., Leslie B. Rothenberg and Mathew D. Gutierrez; Mitrani, Rynor, Adamsky & Toland, P.A., Isaac J. Mitrani, and Daniel S. Bitran, for appellee.

Before FERNANDEZ, C.J., and HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Magnolia Court, LLC v. Moon, LLC</u>, 299 So. 3d 423 (Fla. 3DCA 2020).